**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-393-249**

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 07, 2024

---

## Title

**Title of Work:** Awesome Avocado

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 24, 2023
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Rebecca Coster
  **Author Created:** Sculpture
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Rebecca Coster
6 Kaplan Close, Shenley Lodge, Milton Keynes, Buckinghamshire, MK5 7ED, United Kingdom

## Certification

**Name:** Yui Inoko
**Date:** February 19, 2024

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-393-256**

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 07, 2024

---

## Title

Title of Work: Fine Apple

## Completion/Publication

Year of Completion: 2023
Date of 1st Publication: June 28, 2023
Nation of 1st Publication: United Kingdom

## Author

- Author: Rebecca Coster
- Author Created: Sculpture
- Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Rebecca Coster
6 Kaplan Close, Shenley Lodge Milton Keynes, Buckinghamshire, MK5 7ED, United Kingdom

## Certification

Name: Yui Inoko
Date: February 19, 2024

---

Correspondence: Yes



Fine-Apple
It's fine.
You're fine.
Everything's fine.