**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-393-249

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 07, 2024

---

## Title

**Title of Work:** Awesome Avocado

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 24, 2023
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Rebecca Coster
  **Author Created:** Sculpture
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Rebecca Coster
6 Kaplan Close, Shenley Lodge, Milton Keynes, Buckinghamshire, MK5 7ED, United Kingdom

## Certification

**Name:** Yui Inoko
**Date:** February 19, 2024

**Correspondence:** Yes

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-393-256

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 07, 2024

---

### Title

**Title of Work:** Fine Apple

### Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 28, 2023
**Nation of 1st Publication:** United Kingdom

### Author

**Author:** Rebecca Coster
**Author Created:** Sculpture
**Citizen of:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** Rebecca Coster
6 Kaplan Close, Shenley Lodge Milton Keynes, Buckinghamshire, MK5 7ED, United Kingdom

### Certification

**Name:** Yui Inoko
**Date:** February 19, 2024

---

**Correspondence:** Yes

Page 1 of 1

