| Doe | Platform | Store Name | Merchant ID |
|---|---|---|---|
| 1 | Amazon | Beisong | A2L6CB71BYXQP7 |
| 2 | Amazon | Cloud Young Love | A2RSNMO7SKE95I |
| 3 | Amazon | CoFabulous Direct | A6RU8Q487IFP5 |
| 4 | Amazon | DAFURIET | A22363TFCD1NI9 |
| 5 | Amazon | Dogfuel | A1M92LTUKF54GZ |
| 6 | Amazon | Dxjie | A21B317YQCNY7M |
| 7 | Amazon | Ezknotify | A2FFYBPBFP1R3N |
| 8 | Amazon | Flixar | A2DAYPL6HOM8DO |
| 9 | Amazon | gulimimi | A1GH94OGV50W4N |
| 10 | Amazon | Hoedia | A1HJAKB4IFNX9H |
| 11 | Amazon | HTBIG | AXNEG6CHWHI08 |
| 12 | Amazon | JE MALL | A1H6LPAKH1FRM9 |
| 13 | Amazon | JENNIY | APESKWHKCRS9V |
| 14 | Amazon | JIUWEIHU0 | AJWDCNMXDAXWD |
| 15 | Amazon | JJ Laca | A20K0WF4CKAYF |
| 16 | Amazon | JLXTstore-US | A1NIJ38V1OI5K7 |
| 17 | Amazon | Jwqqwdza | AJCKPE0EQDVD6 |
| 18 | Amazon | KALAWALK | A3AP6HQMRHJUYR |
| 19 | Amazon | LCLYX | A2DE94LYLDBRAS |
| 20 | Amazon | lulucross | A4N4MYBT0BSQC |
| 21 | Amazon | Maziky | A2GHLO1SMDFCXR |
| 22 | Amazon | MULIKE | A3S8NSMVFVS75C |
| 23 | Amazon | namsion | A3OT0ZH7OAJHMB |
| 24 | Amazon | PD-Homelife | A2P3KIWHE6GQ6S |
| 25 | Amazon | Sen Bo | A24LKOTQSIPAKX |
| 26 | Amazon | SHUNCHG | AC60YPSGGPNWO |
| 27 | Amazon | SZMDLX-US | A1H62TRYOWK8CM |
| 28 | Amazon | Tebliomro | A34AMT9Z2BCKIX |
| 29 | Amazon | Urbun Direct | A1UOMMHFCB7WX6 |
| 30 | Amazon | Vbepos | A37YHMBBJ3LAT0 |
| 31 | Amazon | WASTIME-Shop | A28R07O7RTS0B2 |
| 32 | Amazon | WONGIANT | A1FM3Y2YQ90N58 |
| 33 | Amazon | Yan US | A19L6ZNWHXLZOB |
| 34 | Amazon | YESIONG | A2Y5TONSVMP5MC |
| 35 | Amazon | YoFriends | A8P99J3BRHJY8 |
| 36 | Amazon | YUESA | AE2WK9ED4W7NO |
| 37 | Amazon | ZIFASZ | A18O1PCFBFJ9YM |