AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | |
|---|---|
| Rebecca Coster<br><br><br>*Plaintiff(s)*<br>v.<br>Partnerships and Unincorporated Associations<br>Identified on Schedule A<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:26-cv-0073 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Partnerships and Unincorporated Associations Identified on Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David Gulbransen
> Law Office of David Gulbransen
> 805 Lake Street, Suite 172
> Oak Park, IL 60301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    02/25/2026

/s/K. Tuskey

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-0073

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Partnerships and Unincorporated Associations Identified on Schedule A

was received by me on *(date)*    04/27/2026                             .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Served via electronic mail to the email address provided by the ecommerce store.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00         .

I declare under penalty of perjury that this information is true.

Date:  04/27/2026

*David Gulbransen*
Server's signature

David Gulbransen, Attorney for Plaintiff
Printed name and title

805 Lake Street, Suite 172, Oak Park, IL 60301
Server's address

Additional information regarding attempted service, etc: